## CORPORATE CREATIONS®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Publix Asset Management Company                                              12/14/2021
Merriann  Metz  General Counsel & Secretary
Publix Super Markets Inc.
3300 Publix Corporate Parkway
Lakeland FL 33811

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2021-10641

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| | | |
|---|---|---|
| 1. | **Entity Served:** | Publix Asset Management Company |
| 2. | **Title of Action:** | Angelica Cruz-Romo, et al. vs. Publix Super Markets, Inc.; et al. |
| 3. | **Document(s) Served:** | Summons<br>Complaint<br>Exhibits<br>Plaintiff's First Set of Interrogatories and Requests for Production |
| 4. | **Court/Agency:** | Davidson County Circuit Court |
| 5. | **State Served:** | Tennessee |
| 6. | **Case Number:** | 21C2157 |
| 7. | **Case Type:** | Negligence/Personal Injury |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Monday 12/13/2021 |
| 10. | **Date to Client:** | Tuesday 12/14/2021 |
| 11. | **# Days When Answer Due: Answer Due Date:** | 30<br>Wednesday 01/12/2022 — <span style="color:red">CAUTION:</span> Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:** <br>(Name, City, State, and Phone Number) | Michael K. Parsley<br>Goodlettsville, TN<br>615-749-6127 |
| 13. | **Shipped To Client By:** | Regular Mail and Email with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 431 |
| 16. | **Notes:** | None |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

'CIRCUIT COURT SUMMONS                                               NASHVILLE, TENNESSEE

# STATE OF TENNESSEE
# DAVIDSON COUNTY
# 20ᵀᴴ JUDICIAL DISTRICT

Service ID 266475

| | |
|---|---|
| ANGELICA CRUZ-ROMO , et al. | CIVIL ACTION |
| | DOCKET NO. 21C2157 |
| **Plaintiff** | Method of Service: |
| | Williamson County Sheriff |
| vs. | |
| PUBLIX ASSET MANAGEMENT COMPANY | |
| 205 POWELL PLACE | |
| C/O CORPORATE CREATIONS NET | |
| BRENTWOOD, TN 37027 | |
| **Defendant** | |

To the above named Defendant:

You are summoned to appear and defend a civil action filed against you in the Circuit Court, 1 Public Square, Room 302, P.O. Box 196303, Nashville, TN 37219-6303 , and your defense must be made within thirty (30) days from the date this Summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the Complaint.

ISSUED:  12/06/2021

RICHARD R. ROOKER
Circuit Court Clerk
Davidson County, Tennessee

By:

Deputy Clerk

ADDRESS OF PLAINTIFF'S ATTORNEY OR PLAINTIFF:

MICHAEL K. PASLEY PARSLEY
400 PROFESSIONAL PARK DRIVE
GOODLETTSVILLE, TN 37072

---

**NOTICE TO THE DEFENDANT:**

Tennessee law provides a Ten Thousand and 00/100 Dollars ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

---

To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

**rev. 09/01/2018**

CIRCUIT COURT SUMMONS

NASHVILLE, TENNESSEE

## STATE OF TENNESSEE
## DAVIDSON COUNTY
## 20 TH JUDICIAL DISTRICT

Service ID 266475

ANGELICA CRUZ-ROMO , et al.

**CIVIL ACTION**
**DOCKET NO. 21C2157**
Method of Service:
  Out of County Sheriff

Plaintiff

vs.

PUBLIX ASSET MANAGEMENT COMPANY
205 POWELL PLACE
C/O CORPORATE CREATIONS NET
BRENTWOOD, TN 37027

Defendant

<u>RETURN ON PERSONAL SERVICE OF SUMMONS</u>

I hereby certify and return that on the _____ day of _____ _____ _____, 20____, I:

_____ served this Summons and Complaint/Petition on _____ in the following manner:

_____

_____ failed to serve this Summons within 90 days after its issuance because _____

_____

_____
                                    Sheriff/Process Server

To request an ADA accommodation, please contact Dart Gore at (615) 880-3309

Service ID 266475

rev. 09/01/2018

IN THE CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE

| | |
|---|---|
| ANGELICA CRUZ-ROMO and ROGELIO GARCIA<br>    *Plaintiffs*, | )<br>)<br>)<br>)  JURY DEMAND |
| v. | )<br>)  Docket No. _____ |
| PUBLIX SUPER MARKETS, INC., PUBLIX ASSET MANAGEMENT COMPANY, and PUBLIX TENNESSEE, LLC.<br>    *Defendants.* | )<br>)  BEFORE THE HONORABLE<br>)<br>)  _____<br>)<br>) |

## COMPLAINT

COME NOW PLAINTIFFS and for their complaint against Defendants state:

1. Plaintiffs Angelica Cruz-Romo and Rogelio Garcia, a married couple, are citizens and residents of Davidson County, Tennessee.

2. Defendant Publix Super Markets, Inc. is a Florida corporation with a principal office located at 3300 Publix Corporate Parkway, Lakeland, Florida 33811.

3. Defendant Publix Super Markets, Inc. may be served with process through its registered agent, Corporate Creations Network, Inc., 205 Powell Place, Brentwood, Williamson County, Tennessee 37027-7522.

4. Defendant Publix Tennessee, LLC is a Florida limited liability company with a principal office located at 3300 Publix Corporate Parkway, Lakeland, Florida 33811.

5. Defendant Publix Tennessee, LLC may be served with process through its registered agent, Corporate Creations Network, Inc., 205 Powell Place, Brentwood, Williamson County, Tennessee 37027-7522.

6. Defendant Publix Asset Management company is a Florida corporation with a principal office located at 3300 Publix Corporate Parkway, Lakeland, Florida 33811.

7.     Defendant Publix Asset Management Company may be served with process through its registered agent, Corporate Creations Network, Inc., 205 Powell Place, Brentwood, Williamson County, Tennessee 37027-7522.

8.     Plaintiff's cause of action arises out of a January 30, 2021, incident in which Plaintiff Angelica Cruz-Romo suffered serious injuries as a result of being struck by a lifting cart and/or other machinery owned and operated by Defendants on the premises of Defendants' commercial establishment, the Publix Supermarket located at 3532 Murfreesboro Pike, Antioch, Davidson County, Tennessee 37013.

9.     This Court has jurisdiction over this cause pursuant to Tenn. Code Ann. § 16-10-101.

10.     Venue is proper pursuant to Tenn. Code Ann. § 20-4-104, as the events and omissions giving rise to this cause of action occurred in Davidson County.

11.     At all times relevant herein, Defendants owned and operated the Publix Supermarket Mt. View marketplace located at 3532 Murfreesboro Pike, Antioch, Davidson County, Tennessee 37013 ("Publix 1235").

12.     At all times relevant herein, Plaintiff Angelica Cruz-Romo was exercising reasonable care for her own safety.

13.     On or about January 30, 2021, Plaintiff Angelica Cruz-Romo was shopping at Publix 1235.

14.     Plaintiff Angelica Cruz-Romo was waiting for a prescription when she was struck by a lifting cart and/or other machinery owned and operated by Defendants' employees, agents, or servants.

15. The lifting cart and/or other machinery was being operated by Defendants' employees, agents, or servants, who were acting in the course and scope of their employment at the time of the incident.

16. Defendants had a duty to exercise reasonable care in the operation of the lifting cart and/or machinery.

17. Defendants failed to exercise reasonable care in the operation of the lifting cart and/or machinery, causing it to strike Plaintiff Angelica Cruz-Romo.

18. As a result of being struck by the lifting cart and/or other machinery, Plaintiff Angelica Cruz-Romo suffered serious injuries.

19. As a result of the incident, Plaintiff Rogelio Garcia has suffered the loss of consortium, companionship, society, and affection usually enjoyed in the marital relationship with his wife, Plaintiff Angelica Cruz-Romo.

20. As a direct and proximate result of one or more acts of negligence and/or recklessness of Defendants, Plaintiffs are entitled to compensation for the following damages:

    a. Physical pain, both past and future;

    b. Emotional suffering and grief, both past and future;

    c. Health care expenses, both past and future;

    d. Loss of enjoyment of life;

    e. Permanent impairment and partial disability;

    f. Loss of consortium;

    g. Loss of earning capacity;

    h. Lost wages;

    i. Costs of this cause; and

j.  All other general damages and other relief allowed under the laws of the State

    of Tennessee.

## PRAYER

WHEREFORE, PLAINTIFFS PRAY:

1.  For process to issue and be served upon Defendants, requiring Defendants to answer the

    allegations herein;

2.  For a jury to be empaneled to try this cause;

3.  For a judgment in favor of Angelica Cruz-Romo against Defendants for compensatory

    damages in an amount to be determined by the jury but not to exceed $200,000.00;

4.  For a judgment in favor of Romelio Garcia against Defendants for compensatory damages

    in an amount to be determined by the jury but not to exceed $50,000.00;

5.  For costs of this action to be taxed to Defendants; and

6.  For such other, further, and general relief as this Court deems just and proper.

Respectfully submitted,

MICHAEL D. PONCE & ASSOCIATES, PLLC

BY: _____

MICHAEL K PARSLEY, BPR No. 023817
400 Professional Park Drive
Goodlettsville, Tennessee 37072
Phone: (615) 749-6127
Fax: (615) 859-7033
michaelp@poncelaw.com
*Counsel for Plaintiffs*

TWO RIVERS EMERG PHYS, PLLC
PO BOX 37963
PHILADELPHIA, PA 19101-7963

MMI

## STATEMENT OF ACCOUNT ( 0 )

Statement Date: 08/09/21

TAX ID# 46-3901187
131309-0002262915400-01
#BWNJFDB
#000000MMI9199489#
ANGELICA CRUZ ROMO
1712 BIRDSONG CHASE DRIVE
ANTIOCH, TN 37013

| Account Number: | MMI002262915400 |
| --- | --- |
| Patient Name: | ANGELICA CRUZ ROMO |

**Services provided at:**
**TRISTAR SUMMIT MEDICAL CENTER - 5655 FRIST BLVD - HERMITAGE TN 37076-2053**

| Date of Service | | Description | | | Charges |
| --- | --- | --- | --- | --- | --- |
| 01/30/2021 | 99284 | EMERG INJURY EVAL & MGMT-LVL 4 | | DR. GREER | $1,140.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Total Charges | $1,140.00 |
| --- | --- |

PLAINTIFF'S
EXHIBIT
A

GUARANTOR NO:
PATIENT:       HERMITAGE       TN 370762053    ADMITTED    DISCHARGED
GARCIA ANGELICA                                       01/30/21    01/30/21

PAY TO ADDRESS:      SUMMIT MEDICAL CENTER
                PO BOX 402551
                ATLANTA
                GA 303842551

BILL TO:
    GARCIA ANGELICA            EMERGENCY            FC=08
    1712 BIRDSONG CHASE DRIV    ADMIT THRU DISCHARGE CLAIM
    ANTIOCH     TN
    37013

| DATE OF SERVICE | BATCH REF | F DEPT | S PROC | NDC/CPT-4/ HCPCS | QTY SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|
| **301-LAB/CHEMISTRY** | | | | | | |
| 013021 | 30B998 | 0736 | 802140 | 80053 | 1 COMP METABOLIC PANEL | 705.80 |
| | | | | | SUBTOTAL: | 705.80 |
| **305-LAB/HEMATOLOGY** | | | | | | |
| 013021 | 30B998 | 0736 | 800270 | 85027 | 1 CBC AUTOMATED | 327.18 |
| | | | | | SUBTOTAL: | 327.18 |
| **307-LAB/UROLOGY** | | | | | | |
| 013021 | 30B998 | 0736 | 600509 | 81001 | 1 UA W MICRO AUTO | 170.01 |
| | | | | | SUBTOTAL: | 170.01 |
| **352-CT SCAN/BODY** | | | | | | |
| 013021 | 30B002 | 0726 | 325952 | 74177 | 1 CT ABD&PELVIS W/CONT | 12531.53 |
| | | | | | SUBTOTAL: | 12531.53 |
| **450-EMERG ROOM** | | | | | | |
| 013021 | 01B209 | 0780 | 319041 | 99284 | 1 LVL 4 EMER DEPT | 2442.16 |
| | | | | | SUBTOTAL: | 2442.16 |
| **636-DRUGS/DETAIL CODE** | | | | | | |
| 013021 | 30B002 | 0718 | 065909 | Q9967 | 100 LOCM 300-399 IC 100ML | 104.00 |
| | | | | | SUBTOTAL: | 104.00 |

                                        TOTAL ANCILLARY CHARGES     16280.68

EFILED 12/06/21 10:34 AM CASE NO. 21C2157 Richard R. Rooker, Clerk

TOTAL CHARGES          16280.68

EFILED 12/06/21 10:34 AM  CASE NO. 21C2157  Richard R. Rooker, Clerk

PATIENT NO:
MED REC NO:
GUARANTOR NO:
PATIENT:
GARCIA ANGELICA

HERMITAGE

TN 370762053

ADMITTED 01/30/21     DISCHARGED 01/30/21

DEPARTMENTAL CHARGE SUMMARY

| DEPT | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 0718 | MATERIALS MANAGEMENT | 104.00 |
| 0726 | CT SCAN | 12,531.53 |
| 0736 | LABORATORY | 1,202.99 |
| 0780 | EMERGENCY ROOM | 2,442.16 |

REVENUE CHARGE SUMMARY

| REV CD | DESCRIPTION | TOTAL |
|--------|-------------|-------|
| 0301 | LAB/CHEMISTRY | 705.80 |
| 0305 | LAB/HEMATOLOGY | 327.18 |
| 0307 | LAB/UROLOGY | 170.01 |
| 0352 | CT SCAN/BODY | 12,531.53 |
| 0450 | EMERG ROOM | 2,442.16 |
| 0636 | DRUGS/DETAIL CODE | 104.00 |

TOTAL CHARGES:     16,280.68

EFILED 12/06/21 10:34 AM CASE NO. 21C2157 Richard R. Rooker, Clerk



| SUMMIT MEDICAL CENTER | SUMMIT MEDICAL CENTER | 226291540 | | |
|---|---|---|---|---|
| 5655 FRIST BOULEVARD | PO BOX 402551 | 000000372921 | | 0131 |
| HERMITAGE TN 370762053 | ATLANTA GA30384 | | | |
| 6158864788 | | 62-1113737 | 013021 | 013021 |

| PATIENT NAME | | PATIENT ADDRESS | 1712 BIRDSONG CHASE DRIV | | | | TN | 37013 | |
|---|---|---|---|---|---|---|---|---|---|
| GARCIA, ANGELICA | | ANTIOCH | | | | | | RED | |

| BIRTHDATE | SEX | | 13 | 1 | 1 | 01 | | | 00025 |
|---|---|---|---|---|---|---|---|---|---|
| 03051969 | F | | | | | | | | |

| 11 | 013021 | A1 | 012068 | | | | | | |

| 42 REV CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | |
|---|---|---|---|---|---|---|---|
| 0301 | COMP METABOLIC PANEL | 80053 | 013021 | 1 | 70580 | | |
| 0305 | CBC AUTOMATED | 85027 | 013021 | 1 | 32718 | | |
| 0307 | UA W MICRO AUTO | 81001 | 013021 | 1 | 17001 | | |
| 0352 | CT ABD&PELVIS W/CONT | 74177 | 013021 | 1 | 1253153 | | |
| 0450 | LVL 4 EMER DEPT | 99284 | 013021 | 1 | 244216 | | |
| 0636 | LOCM 300399 IC 100ML | Q9967 | 013021 | 100 | 10400 | | |

| 0001 | PAGE 001 OF 001 | | CREATION DATE | 020321 | TOTALS | 1628068 | |

EFILED 12/06/21 10:34 AM CASE NO. 21C2157 Richard R. Rooker, Clerk

00025 Relay 02/04/2021

RADIOLOGY ALLIANCE PC
P O BOX 440166
NASHVILLE TN 37244-0166
(800)475-6112

Patient:
    Acct #: 930148
    GARCIA,ANGELICA
    1712 BIRDSONG CHASE DRIVE
    ANTIOCH,TN 37013

| Srvc. Date | CPT | Proc. Description | Charge |
|---|---|---|---|
| 01/30/2021 | 74177 | CT, ABD AND PEL; W/ CONT | $311.00 |
| 01/30/2021 | G9637 | FINAL REPORTS WITH DOCUM | $0.00 |

Reproduced: Tuesday,

EFILED 12/06/21 10:34 AM CASE NO. 21C2157 Richard R. Rooker, Clerk

/6/2021, 1:07 PM

EFILED 12/06/21 10:34 AM CASE NO. 21C2157 Richard R. Rooker, Clerk

CARRIER ▲

PICA [ ] [ ]

| MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
|---|---|---|---|---|---|---|
| [ ] (Medicare#) | [ ] (Medicaid#) | [ ] (ID#/DoD#) | [ ] (Member ID#) | [X] (ID#) | [ ] (ID#) | [ ] (ID#) |

1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Cruz Romo Angelica**

3. PATIENT'S BIRTH DATE    SEX
03 03 1989  M[ ] F[X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
**1712 Birdsong Chase**

6. PATIENT RELATIONSHIP TO INSURED
Self [ ] Spouse [X] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY
**Antioch**

STATE
**TN**

8. RESERVED FOR NUCC USE

CITY     STATE

ZIP CODE
**37013-1176**

TELEPHONE (Include Area Code)
( )

ZIP CODE     TELEPHONE (Include Area Code)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH    SEX

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
YES [ ] NO [X]    PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED    **Signature On File**    DATE    **04/06/21**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
QUAL.

15. OTHER DATE
QUAL.    MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN    **Backuss PA Michael TN**

17a.
17b. NPI    **1114900131**

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM    TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?
YES [ ] NO [X]    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)    ICD Ind. 0

22. RESUBMISSION CODE    ORIGINAL REF. NO.

A. **S39012A**    B. **S29012A**    C. **M545**    D. **M546**
E. **M47896**    F.    G.    H.
I.    J.    K.    L.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From | | | To | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM DD YY | | | MM DD YY | | | | | | | | | | | | |
| 03 23 2021 | | | 03 23 2021 | | | 11 | | 99204 | | A | 257 00 | 1 | | NPI | 1114900131 |
| 03 23 2021 | | | 03 23 2021 | | | 11 | | 72110 | | A | 167 00 | 1 | | NPI | 1114900131 |
| 03 23 2021 | | | 03 23 2021 | | | 11 | | 72070 | | A | 112 00 | 1 | | NPI | 1114900131 |
| 03 23 2021 | | | 03 23 2021 | | | 11 | | 71100 | RT | A | 102 00 | 1 | | NPI | 1114900131 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?

28. TOTAL CHARGE
$ 628 00

29. AMOUNT PAID    30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**Backuss PA, Michael**
**04/06/2021**
SIGNED    DATE

32. SERVICE FACILITY LOCATION INFORMATION
**SSO Antioch**
**5380 Hickory Hollow Pkwy Suite 201**
**Antioch TN 37013-3117**

33. BILLING PROVIDER INFO & PH # ( )
**Seven Springs Orthopedics PC**
**6301 Virginia Way Suite 155**
**Brentwood TN 37027-7542**

a.    b. **1184210005**

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    CR061653    APPROVED OMB-0938-1197 FORM 1500 (02-12)

PHYSICIAN OR SUPPLIER INFORMATION ▲    PATIENT AND INSURED INFORMATION ▲

EFILED 12/06/21 10:34 AM CASE NO. 21C2157 Richard R. Rooker, Clerk

**HEALTH INSURANCE CLAIM FORM**

| | MEDICARE ☐ | MEDICAID ☐ | TRICARE ☐ | CHAMPVA ☐ | GROUP HEALTH PLAN ☒ | FECA BLKLUNG ☐ | OTHER ☐ | PCA |
|---|---|---|---|---|---|---|---|---|

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Cruz Romo Angelica

**3. PATIENT'S BIRTH DATE**
05 05 1969  **SEX** M ☐ F ☒

**5. PATIENT'S ADDRESS (No., Street)**
1712 Birdsong Chase

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒ Spouse ☐ Child ☐ Other ☐

**CITY** Antioch  **STATE** TN

**7. INSURED'S ADDRESS**

**ZIP CODE** 37013-1176  **TELEPHONE (Include Area Code)** ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** YES ☐ NO ☒

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES ☐ NO ☒  **PLACE (State)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES ☐ NO ☒

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED: Signature On File  DATE 04/23/21

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)**  QUAL.

**15. OTHER DATE** QUAL.  MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**  FROM  TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN  Beckwes PA Michael TN
**17a.**
**17b. NPI** 1114900131

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**  FROM  TO

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES ☐ NO ☒  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  ICD Ind 0

| A. S39012D | B. M545 | C. | D. |
|---|---|---|---|
| E. | F. | G. M546 | H. |
| I. | J. | K. | L. |

**22. RESUBMISSION CODE** | ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From — To | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM DD YY | MM DD YY | | | | | | | | | | | |
| 1 | 04142021 | 04142021 | 11 | | 97162 | GP | A | 250 00 | 1 | | NPI | 1487135281 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

**28. TOTAL CHARGE** $ 250 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS**
I certify that the statements on the reverse apply to this bill and are made a part thereof.
Stolebvich, Jeremy
04/23/2021

**32. SERVICE FACILITY LOCATION INFORMATION**
SSO Antioch
5380 Hickory Hollow Pkwy Suite 201
Antioch TN 37013-3117

**33. BILLING PROVIDER INFO & PH #**
Seven Springs Orthopedics PC
5301 Virginia Way Suite 155
Brentwood TN 37027-7542

b. 1194210005

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  CR061883  APPROVED OMB-0938-1197 FORM 1500 (02-12)

Case 3:22-cv-00012  Document 1-1  Filed 01/07/22  Page 15 of 51 PageID #: 19

| MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
|---|---|---|---|---|---|---|
| ☐ (Medicare#) | ☐ (Medicaid#) | ☐ (ID#/DoD#) | ☐ (Member ID#) | ☒ (ID#) | ☐ (ID#) | ☐ (ID#) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Cruz Romo Angelica**

3. PATIENT'S BIRTH DATE   SEX
03  05  1989   M ☐  F ☒

5. PATIENT'S ADDRESS (No. Street)
**1712 Birdsong Chase**

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

CITY
**Antioch**

STATE
**TN**

8. RESERVED FOR NUCC USE

ZIP CODE
**37013-1176**

TELEPHONE (Include Area Code)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES  ☒ NO

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
☐ YES  ☒ NO   PLACE (State)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
☐ YES  ☒ NO

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   **Signature On File**   DATE   **04/23/21**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   QUAL.

15. OTHER DATE   QUAL.   MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN  **Backues PA Michael TN**
17a.
17b. NPI  **1114900131**

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES  ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind.

A. **S39012D**  B. **M545**  C. **M546**  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE   ORIGINAL REF NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04202021 | 04202021 | 11 | 97110 | GP | A | 70 00 | 1 | | NPI | 1487135281 |
| 2 | 04202021 | 04202021 | 11 | 97112 | GP | A | 100 00 | 1 | | NPI | 1487135281 |
| 3 | 04202021 | 04202021 | 11 | 97140 | GP | A | 85 00 | 1 | | NPI | 1487135281 |
| 4 | 04202021 | 04202021 | 11 | 97530 | GP, 59 | A | 80 00 | 1 | | NPI | 1487135281 |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

28. TOTAL CHARGE   335 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
I certify that the statements on the reverse apply to this bill and are made a part thereof.
**Stoistovich, Jeremy**
**04/23/2021**
SIGNED   DATE

32. SERVICE FACILITY LOCATION INFORMATION
**SSO Antioch**
**5380 Hickory Hollow Pkwy Suite 201**
**Antioch TN 37013-3117**

33. BILLING PROVIDER INFO & PH #
**Seven Springs Orthopedics PC**
**5301 Virginia Way Suite 155**
**Brentwood TN 37027-7542**

**1194210005**

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   CR061653   APPROVED OMB 0938-1197 FORM 1500 (02-12)

PHYSICIAN OR SUPPLIER INFORMATION

EFILED 12/06/21 10:34 AM   CASE NO. 21C2157   Richard R. Rooker, Clerk

PATIENT AND INSURED INFORMATION

**HEALTH INSURANCE CLAIM FORM**

1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | TRICARE ☐ (ID/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☒ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☐ (ID#)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Cruz Romo Angelica

3. PATIENT'S BIRTH DATE: 05 05 1989  SEX: M ☐ F ☒

5. PATIENT'S ADDRESS (No., Street)
1712 Birdsong Chase

CITY: Antioch   STATE: TN

ZIP CODE: 37013-1176   TELEPHONE (Include Area Code): ( )

6. PATIENT RELATIONSHIP TO INSURED: Self ☐ Spouse ☒ Child ☐ Other ☐

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous)  ☐ YES ☒ NO
b. AUTO ACCIDENT?  ☐ YES ☒ NO   PLACE (State)
c. OTHER ACCIDENT?  ☐ YES ☒ NO

10d. CLAIM CODES (Designated by NUCC)

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
Signature On File   DATE 05/10/21

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   QUAL.

15. OTHER DATE   QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN  Badoues PA Michael TN
17b. NPI 1114000434

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   ICD Ind. 0
A. S39012D   B. M545   C. M546   D.
E.   F.   G.   H.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 23 2021 | 04 23 2021 | 11 | | 97110 | GP | A | 70 00 | 1 | | NPI | 1487185281 |
| 2 | 04 23 2021 | 04 23 2021 | 11 | | 97112 | GP | A | 100 00 | 1 | | NPI | 1487185281 |
| 3 | 04 23 2021 | 04 23 2021 | 11 | | 97140 | GP | A | 85 00 | 1 | | NPI | 1487185281 |
| 4 | 04 23 2021 | 04 23 2021 | 11 | | 97530 | GP 59 | A | 80 00 | 1 | | NPI | 1487185281 |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

28. TOTAL CHARGE $ 335 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
Stoiakovich, Jeremy
05/10/2021

32. SERVICE FACILITY LOCATION INFORMATION
SSO Antioch
5380 Hickory Hollow Pkwy Suite 201
Antioch TN 37013-3117

33. BILLING PROVIDER INFO & PH #
Silver Spring Orthopedics PC
5301 Virginia Way Suite 155
Brentwood TN 37027-7542
a. 1194210006

NUCC Instruction Manual available at www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB 0938-1197 FORM 1500 (02-12)

WCMS-1500CS-12

EFILED 12/06/21 10:34 AM CASE NO. 21C2157 Richard R. Rooker, Clerk

HEALTH INSURANCE CLAIM FORM

| MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
|---|---|---|---|---|---|---|
| ☐ (Medicare #) | ☐ (Medicaid #) | ☐ (ID#/DoD#) | ☐ (Member ID#) | ☐ (ID#) | ☐ (ID#) | ☐ (ID#) |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Cruz Romo Angelica

**3. PATIENT'S BIRTH DATE** 08 05 1989 **SEX** M ☐ F ☒

**5. PATIENT'S ADDRESS (No., Street)**
1712 Birdsong Chase

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐ Spouse ☒ Child ☐ Other ☐

**CITY** Antioch  **STATE** TN

**8. RESERVED FOR NUCC USE**

**ZIP CODE** 37013-1176  **TELEPHONE (Include Area Code)** ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

**b. RESERVED FOR NUCC USE**

b. AUTO ACCIDENT? ☐ YES ☒ NO **PLACE (State)**

**c. RESERVED FOR NUCC USE**

c. OTHER ACCIDENT? ☐ YES ☒ NO

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File  DATE  05/10/21

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY  QUAL.

**15. OTHER DATE** QUAL. MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN Backus PA Michael TN  17a.  17b. NPI 4414600131

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM MM DD YY TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** ☐ YES ☒ NO  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  ICD Ind. 0
A. S39012D  B. M545  C. M546  D.
E.  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04272021 | 04272021 | 11 | | 97140 | GP | A | 170 00 | 2 | | NPI | 1487196261 |
| 2 | 04272021 | 04272021 | 11 | | 97014 | GP | A | 30 00 | 1 | | NPI | 1487196261 |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

**28. TOTAL CHARGE** $ 200 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Stolabovich, Jeremy
05/10/2021

**32. SERVICE FACILITY LOCATION INFORMATION**
SSG Antioch
5380 Hickory Hollow Pkwy Suite 201
Antioch TN 37013-3117

**33. BILLING PROVIDER INFO & PH #**
Steven Schlosser Orthopedics PC
5301 Virginia Way Suite 155
Brentwood TN 37027-7542

a. 1194210006

NUCC Instruction Manual available at www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)

EFILED 12/06/21 10:34 AM CASE NO. 21C2157 Richard R. Rooker, Clerk

PICA ☐☐

CARRIER

| MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
|---|---|---|---|---|---|---|
| ☐ (Medicare ID) | ☐ (Medicaid ID) | ☐ (ID#/DoD#) | ☐ (Member ID#) | ☒ (ID#) | ☐ (ID#) | ☐ (ID#) |

**1a. INSURED'S I.D. NUMBER**

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Cruz Romo Angelica

**3. PATIENT'S BIRTH DATE** 06 05 1969  **SEX** M ☐ F ☒

**5. PATIENT'S ADDRESS (No., Street)**
1712 Birdsong Chase

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐ Spouse ☒ Child ☐ Other ☐

**CITY** Antioch  **STATE** TN

**7. INSURED'S ADDRESS (No., Street)**

**ZIP CODE** 37013-1176  **TELEPHONE (Include Area Code)** ( )

**8. RESERVED FOR NUCC USE**

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** ☐ YES ☒ NO

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** ☐ YES ☒ NO  **PLACE (State)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** ☐ YES ☒ NO

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature On File**  DATE **05/10/21**

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY  QUAL.

**15. OTHER DATE** QUAL. MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN Backless PA Michael TN

17a.
17b. NPI 1114000181

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** ☐ YES ☒ NO  **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  ICD Ind. 0
A. S39012D  B. M545  C. M546  D.
E.  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 30 2021 | 04 30 2021 | 11 | | 97110 | GP | A | 70 00 | 1 | | NPI | 1487135281 |
| 2 | 04 30 2021 | 04 30 2021 | 11 | | 97140 | GP | A | 170 00 | 2 | | NPI | 1487135281 |
| 3 | 04 30 2021 | 04 30 2021 | 11 | | 97014 | GP | A | 30 00 | 1 | | NPI | 1487135281 |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**

**26. PATIENT'S ACCOUNT NO.**

**27. ACCEPT ASSIGNMENT?**

**28. TOTAL CHARGE** 270 00

**29. AMOUNT PAID**

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Stojakovich, Jeremy
05/10/2021
SIGNED  DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
STONECROFT
5380 Hickory Hollow Pkwy Suite 201
Antioch TN 37013-3117

**33. BILLING PROVIDER INFO & PH #**
Seven Springs Orthopedics PC
5301 Virginia Way Suite 155
Brentwood TN 37027-7542

1194210005

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)

WCMS-1500CS-12

EFILED 12/06/21 10:34 AM CASE NO. 21C2197 Richard R. Rooker, Clerk

PHYSICIAN OR SUPPLIER INFORMATION    PATIENT AND INSURED INFORMATION



**HEALTH INSURANCE CLAIM FORM**

1. MEDICARE ☐ MEDICAID ☐ TRICARE ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☐

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Cruz Romo Angelica

3. PATIENT'S BIRTH DATE: 06 05 1969   SEX: M ☐ F ☒

5. PATIENT'S ADDRESS (No., Street)
1712 Birdsong Chase

6. PATIENT RELATIONSHIP TO INSURED: Self ☐ Spouse ☒ Child ☐ Other ☐

CITY: Antioch   STATE: TN

ZIP CODE: 37013-1176   TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☐ YES ☒ NO   PLACE (State)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? ☐ YES ☒ NO

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE   Signature On File   DATE 05/10/21

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   QUAL.

15. OTHER DATE   QUAL.   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN Backues PA Michael TN   17a.   17b. NPI 1114000131

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   ICD Ind. 0
A. S39012D   B. M545   C. M548   D.
E.   F.   G.   H.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| A. DATE(S) OF SERVICE From / To | | | | | | B. PLACE OF SERVICE | C. | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05062021 | | 05062021 | | | 11 | | 97110 | GP | A | 70 00 | 1 | | NPI | 1487135281 |
| 2 | 05062021 | | 05062021 | | | 11 | | 97112 | GP | A | 100 00 | 1 | | NPI | 1487135281 |
| 3 | 05062021 | | 05062021 | | | 11 | | 97140 | GP | A | 85 00 | 1 | | NPI | 1487135281 |
| 4 | 05062021 | | 05062021 | | | 11 | | 97014 | GP | A | 30 00 | 1 | | NPI | 1487135281 |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER

28. TOTAL CHARGE   285 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
Stojakovich, Jeremy   05/10/2021

32. SERVICE FACILITY LOCATION INFORMATION
SSO Antioch
5380 Hickory Hollow Pkwy Suite 201
Antioch TN 37013-3117

33. BILLING PROVIDER INFO & PH #
Seven Springs Orthopedics PC
6301 Virginia Way Suite 155
Brentwood TN 37027-7542
1194210005

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB 0938-1197 FORM 1500 (02-12)

WCMS-1500-CS-12

EFILED 12/06/21 10:34 AM CASE NO. 21C2157 Richard R. Rooker, Clerk

PHYSICIAN OR SUPPLIER INFORMATION
PATIENT AND INSURED INFORMATION
CARRIER

HEALTH INSURANCE CLAIM FORM

| 1. | MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
|---|---|---|---|---|---|---|---|

1. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Cruz Romo Angelica**

3. PATIENT'S BIRTH DATE  05 05 1969  M ☐ F ☒  SEX

5. PATIENT'S ADDRESS (No., Street)
**1712 Birdsong Chase**

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☒ Child ☐ Other ☐

CITY  **Antioch**  STATE **TN**

7. RESERVED FOR NUCC USE

ZIP CODE **37013-1176**   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   ☐YES ☒NO

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   ☐YES ☒NO   PLACE (State)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   ☐YES ☒NO

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED  **Signature On File**   DATE  **05/20/21**

14. DATE OF CURRENT ILLNESS, INJURY or PREGNANCY (LMP)  QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
**DN  Backues PA Michael TN**
17a.
17b. NPI  **1114900131**

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐YES ☒NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  ICD Ind.
A. **S39012D**  B. **M545**  C. **M546**  D.
E.  F.  G.  H.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE From To | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 11 2021 | 05 11 2021 | 11 | | 97110 | GP | A | 70 00 | 1 | | NPI | 1487135281 |
| 2 | 05 11 2021 | 05 11 2021 | 11 | | 97112 | GP | A | 100 00 | 1 | | NPI | 1487135281 |
| 3 | 05 11 2021 | 05 11 2021 | 11 | | 97140 | GP | A | 85 00 | 1 | | NPI | 1487135281 |
| 4 | 05 11 2021 | 05 11 2021 | 11 | | 97530 | GP 59 | A | 80 00 | 1 | | NPI | 1487135281 |
| 5 | 05 11 2021 | 05 11 2021 | 11 | | 97014 | GP | A | 30 00 | 1 | | NPI | 1487135281 |
| 6 | | | | | | | | | | | NPI | |

28. TOTAL CHARGE  **365 00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
**Stoiakovich, Jeremy**
SIGNED  **05/20/2021**   DATE

32. SERVICE FACILITY LOCATION INFORMATION
**SSO Antioch**
**5380 Hickory Hollow Pkwy Suite 201**
**Antioch TN 37013-3117**

33. BILLING PROVIDER INFO & PH#
**Seven Springs Orthopedics PC**
**5301 Virginia Way Suite 155**
**Brentwood TN 37027-7542**
b. **1194210006**

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB 0938-1197 FORM 1500 (02-12)

EFILED 12/06/21 10:34 AM CASE NO. 21C2157 Richard R. Rooker, Clerk

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | | PICA |
|------|---|---|---|---|---|---|------|

1. MEDICARE ☐ MEDICAID ☐ TRICARE ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☐

1a. INSURED'S I.D. NUMBER

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Cruz Romo Angelica

3. PATIENT'S BIRTH DATE: 05 05 1969  SEX: M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
1712 Birdsong Chase

6. PATIENT RELATIONSHIP TO INSURED: Self ☐ Spouse ☒ Child ☐ Other ☐

CITY: Antioch   STATE: TN

7. INSURED'S ADDRESS (No., Street)

8. RESERVED FOR NUCC USE

ZIP CODE: 37013-1176   TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☐ YES ☒ NO   PLACE (State)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? ☐ YES ☒ NO

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED: Signature On File   DATE: 05/20/21

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   QUAL.

15. OTHER DATE   QUAL.   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN   Backues PA Michael TN

17a.   17b. NPI 1114900131

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)   ICD Ind. 0

A. S39012D   B. M545   C. M546   D.

E.   F.   G.   H.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CPT/HCPCS | MODIFIER | | | | | | |
| 1 | 05132021 05132021 | 11 | | 97110 | GP | A | 70 00 | 1 | | NPI | 1487135281 |
| 2 | 05132021 05132021 | 11 | | 97112 | GP | A | 100 00 | 1 | | NPI | 1487135281 |
| 3 | 05132021 05132021 | 11 | | 97140 | GP | A | 85 00 | 1 | | NPI | 1487135281 |
| 4 | 05132021 05132021 | 11 | | 97530 | GP, 59 | A | 80 00 | 1 | | NPI | 1487135281 |
| 5 | 05132021 05132021 | 11 | | 97014 | GP | A | 30 00 | 1 | | NPI | 1487135281 |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?

28. TOTAL CHARGE   $ 365 00

29. AMOUNT PAID

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Stoikovich, Jeremy
05/20/2021

32. SERVICE FACILITY LOCATION INFORMATION
SSO Antioch
5380 Hickory Hollow Pkwy Suite 201
Antioch TN 37013-3117

33. BILLING PROVIDER INFO & PH # ( )
Seven Springs Orthopedics PC
6301 Virginia Way Suite 155
Brentwood TN 37027-7542

a. 1194210005

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

WCMS-1500CS-12

# HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☒ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☐ (ID#) | 1a. INSURED'S I.D. NUMBER |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Cruz Romo Angelica

**3. PATIENT'S BIRTH DATE** 05 05 1989  SEX M ☐ F ☒

**5. PATIENT'S ADDRESS (No., Street)**
1712 Birdsong Chase

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐ Spouse ☒ Child ☐ Other ☐

CITY Antioch  STATE TN

**8. RESERVED FOR NUCC USE**

ZIP CODE 37013-1176  TELEPHONE (Include Area Code)

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  ☐ YES ☒ NO

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  ☐ YES ☒ NO  PLACE (State)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  ☐ YES ☒ NO

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature On File  DATE 05/20/21

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** QUAL.

**15. OTHER DATE** QUAL. MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN Backus PA Michael TN

17a.
17b. NPI 1114900131

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** ☐ YES ☒ NO  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)** ICD Ind. 0

A. S39012D  B. M545  C. M546  D.
E.  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05182021 | 05182021 | 11 | 97110 | GP | A | 70 00 | 1 | | NPI | 1487135281 |
| 2 | 05182021 | 05182021 | 11 | 97112 | GP | A | 100 00 | 1 | | NPI | 1487135281 |
| 3 | 05182021 | 05182021 | 11 | 97140 | GP | A | 85 00 | 1 | | NPI | 1487135281 |
| 4 | 05182021 | 05182021 | 11 | 97530 | GP 59 | A | 80 00 | 1 | | NPI | 1487135281 |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**  SSN EIN

**26. PATIENT'S ACCOUNT NO.**

**27. ACCEPT ASSIGNMENT?**

**28. TOTAL CHARGE** $ 335 00

**29. AMOUNT PAID**

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Stojstkovich, Jeremy
05/20/2021
SIGNED  DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
SSO Antioch
5380 Hickory Hollow Pkwy Suite 201
Antioch TN 37013-3117

b.

**33. BILLING PROVIDER INFO & PH #**
Seven Springs Orthopedics P.c.
5301 Virginia Way Suite 155
Brentwood TN 37027-7542
a. 11942100056

EFILED 12/06/21 10:34 AM CASE NO. 21C2157 Richard R. Rooker, Clerk

PHYSICIAN OR SUPPLIER INFORMATION

EFILED 12/06/21 10:34 AM PHYSICIAN OF SUCCESS ARBITRATION Richard R. Rooker, Clerk

HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA ▯▯▯

CARRIER / PATIENT AND INSURED INFORMATION

| 1. ☐ MEDICARE ☐ MEDICAID ☐ TRICARE ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER |
| --- |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Cruz Romo Angelica**

3. PATIENT'S BIRTH DATE: 03 05 1989 SEX M ☐ F ☒

5. PATIENT'S ADDRESS (No., Street)
**1712 Birdsong Chase**

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

CITY: **Antioch**  STATE: **TN**

7. RESERVED FOR NUCC USE

ZIP CODE: **37013-1176**  TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☐ YES ☒ NO  PLACE (State)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? ☐ YES ☒ NO

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature On File**  DATE **06/10/21**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  QUAL.

15. OTHER DATE MM DD YY  QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
**DN Backues PA Michael TN**
17a.
17b. NPI **1114900131**

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☒ NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. **Q**

A. **S39012D**  B. **M545**  C. **M546**  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From — To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID # |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 05202021 05202021 | 11 | | 97110 | GP | A | 70 00 | 1 | | NPI | 1487135281 |
| 2 | 05202021 05202021 | 11 | | 97112 | GP | A | 100 00 | 1 | | NPI | 1487135281 |
| 3 | 05202021 05202021 | 11 | | 97140 | GP | A | 85 00 | 1 | | NPI | 1487135281 |
| 4 | 05202021 05202021 | 11 | | 97530 | GP 59 | A | 80 00 | 1 | | NPI | 1487135281 |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

28. TOTAL CHARGE  $ **335 00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**Stojakovich, Jeremy**
**06/10/2021**

32. SERVICE FACILITY LOCATION INFORMATION
**5380 Antioch**
**5380 Hickory Hollow Pkwy Suite 201**
**Antioch TN 37013-3117**

33. BILLING PROVIDER INFO & PH #
**Seven Springs Orthopedics PC**
**5301 Virginia Way Suite 155**
**Brentwood TN 37027-7542**

a. **1194210005**

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)

WCMS-1500CS-12

**HEALTH INSURANCE CLAIM FORM**

CARRIER ← PATIENT AND INSURED INFORMATION → ← PATIENT AND INSURED INFORMATION →

1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Cruz Romo Angelica**

3. PATIENT'S BIRTH DATE  03  05  1989  SEX M☐ F☒

5. PATIENT'S ADDRESS (No., Street)
**1712 Birdsong Chase**

6. PATIENT RELATIONSHIP TO INSURED  Self☐ Spouse☒ Child☐ Other☐

CITY
**Antioch**  STATE **TN**

7. RESERVED FOR NUCC USE

ZIP CODE **37013-1176**  TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  ☐YES ☒NO

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  ☐YES ☒NO  PLACE (State)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  ☐YES ☒NO

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

11. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature On File**  DATE **06/10/21**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  QUAL.

15. OTHER DATE  MM  DD  YY  QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  DN  **Backues PA Michael TN**
17a.
17b. NPI **1114900131**

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐YES ☒NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)  ICD Ind. 0

A. **S39012D**  B. **M545**  C. **M546**  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05252021 | 05252021 | 11 | 97110 | GP | A | 70 00 | 1 | | NPI | 1487135281 |
| 2 | 05252021 | 05252021 | 11 | 97112 | GP | A | 100 00 | 1 | | NPI | 1487135281 |
| 3 | 05252021 | 05252021 | 11 | 97140 | GP | A | 85 00 | 1 | | NPI | 1487135281 |
| 4 | 05252021 | 05252021 | 11 | 97530 | GP 59 | A | 80 00 | 1 | | NPI | 1487135281 |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?

28. TOTAL CHARGE  **335 00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**Siplakovich, Jeremy**
SIGNED **06/10/2021**  DATE

32. SERVICE FACILITY LOCATION INFORMATION
**SSO Antioch**
**5380 Hickory Hollow Pkwy Suite 201**
**Antioch TN 37013-3117**

a.  b.

33. BILLING PROVIDER INFO & PH #
**Seven Springs Orthopedics PC**
**5301 Virginia Way Suite 155**
**Brentwood TN 37027-7542**

a. **1194210005**  b.

EFILED 12/06/21 10:34 AM POWDER SPRINGS INFORMATION, Rocker, Clerk

EFILED 12/06/21 10:34 AM/CASE NO 21C2613/JUDGMENT Richard R. Rooker, Clerk

## HEALTH INSURANCE CLAIM FORM

| | | | | | |
|---|---|---|---|---|---|
| MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) ☒ | FECA BLK LUNG (ID#) |

PICA ☐☐

**1a. INSURED'S I.D. NUMBER**

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Cruz Romo Angelica

**3. PATIENT'S BIRTH DATE** 05 | 05 | 1959  M☐ F☒

**5. PATIENT'S ADDRESS (No., Street)**
1712 Birdsong Chase

**6. PATIENT RELATIONSHIP TO INSURED**
Self☒ Spouse☐ Child☐ Other☐

**CITY** Antioch   **STATE** TN

**8. RESERVED FOR NUCC USE**

**ZIP CODE** 37013-1176   **TELEPHONE (Include Area Code)** ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

a. EMPLOYMENT? (Current or Previous)  ☐YES ☒NO

**b. RESERVED FOR NUCC USE**

b. AUTO ACCIDENT?  ☐YES ☒NO   PLACE (State)

**c. RESERVED FOR NUCC USE**

c. OTHER ACCIDENT?  ☐YES ☒NO

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature On File**   DATE **06/10/21**

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)**
QUAL.

**15. OTHER DATE** MM | DD | YY   QUAL.

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM ___ TO ___

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN Backues PA Michael TN

**17a.**
**17b. NPI** 1114900131

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM ___ TO ___

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** ☐YES ☒NO   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. **9**

A. S39012D   B. M545   C. M546   D.
E.   F.   G.   H.
I.   J.   K.   L.

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER** 48103

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05272021 05272021 | 11 | 97110 | GP | A | 70 00 | 1 | | NPI | 1487135281 |
| 2 | 05272021 05272021 | 11 | 97112 | GP | A | 100 00 | 1 | | NPI | 1487135281 |
| 3 | 05272021 05272021 | 11 | 97140 | GP | A | 85 00 | 1 | | NPI | 1487135281 |
| 4 | 05272021 05272021 | 11 | 97530 | GP 59 | A | 80 00 | 1 | | NPI | 1487135281 |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

**28. TOTAL CHARGE** $ 335 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Stolakovich, Jeremy
06/10/2021

**32. SERVICE FACILITY LOCATION INFORMATION**
SSO Antioch
5380 Hickory Hollow Pkwy Suite 201
Antioch TN 37013-3117

**33. BILLING PROVIDER INFO & PH #**
Seven Springs Orthopedics PC
5301 Virginia Way Suite 155
Brentwood TN 37027-7542

1194210005

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB 0938-1197 FORM 1500 (02-12)

WCMS-1500CS-12

EFILED 12/06/21 10:34 AM FAISON OR SHELBY - MELANIE M. Rooker, Clerk

PICA [ ][ ][ ][ ]

| | | | | | | |
|---|---|---|---|---|---|---|
| MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | (ID#) |

**1a. INSURED'S I.D. NUMBER**

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Cruz Romo Angelica

**3. PATIENT'S BIRTH DATE** 05 05 1989 **SEX** M [ ] F [X]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**

**5. PATIENT'S ADDRESS (No., Street)**
1712 Birdsong Chase

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X] Spouse [ ] Child [ ] Other [ ]

**7. INSURED'S ADDRESS (No., Street)**

**CITY** Antioch **STATE** TN

**8. RESERVED FOR NUCC USE**

**CITY** **STATE**

**ZIP CODE** 37013-1176 **TELEPHONE (Include Area Code)** ( )

**ZIP CODE** **TELEPHONE (Include Area Code)** ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)**
YES [ ] NO [X]

**a. INSURED'S DATE OF BIRTH** MM DD YY **SEX** M [ ] F [ ]

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES [ ] NO [X] **PLACE (State)**

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES [ ] NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature On File** DATE 06/10/21

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE**

**14. DATE OF CURRENT ILLNESS, INJURY or PREGNANCY (LMP)** MM DD YY QUAL.

**15. OTHER DATE** MM DD YY QUAL.

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN Backues PA Michael TN

17a.
17b. NPI 1114900131

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES [ ] NO [X] $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E) ICD Ind. 0

| | | |
|---|---|---|
| A. S39012D | B. M545 | C. M546 | D. |
| E. | F. | G. | H. |

**22. RESUBMISSION CODE** ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**
48103

| 24. A. DATE(S) OF SERVICE From To MM DD YY MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 06012021 | 06012021 | 11 | 97110 GP | A | 70 00 | 1 | | NPI | 1487135261 |
| 2 | 06012021 | 06012021 | 11 | 97112 GP | A | 100 00 | 1 | | NPI | 1487135261 |
| 3 | 06012021 | 06012021 | 11 | 97530 GP | A | 160 00 | 2 | | NPI | 1487135261 |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** SSN EIN

**26. PATIENT'S ACCOUNT NO.**

**27. ACCEPT ASSIGNMENT?**

**28. TOTAL CHARGE** $ 330 00

**29. AMOUNT PAID**

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Stoikovich, Jeremy
06/10/2021
SIGNED DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
SSO Antioch
5380 Hickory Hollow Pkwy Suite 201
Antioch TN 37013-3117

**33. BILLING PROVIDER INFO & PH #** ( )
Seven Springs Orthopedics PC
6301 Virginia Way Suite 155
Brentwood TN 37027-7542

a. 1194210005b

NUCC Instruction Manual available at: www.nucc.org

PLEASE PRINT OR TYPE

APPROVED OMB 0938-1197 FORM 1500 (02-12)

WCMS 1500CS-12

EFILED 12/06/21 10:34 AM CASE NO. 21-ADZ197 Robert I. Rooker, Clerk

CARRIER →

← PATIENT AND INSURED INFORMATION →

| 1. MEDICARE ☐ | MEDICAID ☐ | TRICARE ☐ | CHAMPVA ☐ | GROUP HEALTH PLAN ☒ | FECA BLK LUNG ☐ | OTHER ☐ |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Cruz Romo Angelica

**3. PATIENT'S BIRTH DATE** 03 05 1989  SEX M ☐ F ☒

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**

**5. PATIENT'S ADDRESS (No., Street)**
1712 Birdsong Chase

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS (No., Street)**

CITY Antioch  STATE TN

**8. RESERVED FOR NUCC USE**

ZIP CODE 37013-1176  TELEPHONE (Include Area Code) ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☒

b. AUTO ACCIDENT? YES ☐ NO ☒  PLACE (State)

**b. RESERVED FOR NUCC USE**

c. OTHER ACCIDENT? YES ☐ NO ☒

**c. RESERVED FOR NUCC USE**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature On File**  DATE 06/10/21

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY  QUAL.

**15. OTHER DATE** MM DD YY  QUAL.

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN Backues PA Michael TN

17a.  17b. NPI 1114900131

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES ☐ NO ☒  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  ICD Ind. 0

A. S39012D  B. M545  C. M546  D.
E.  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER** 48103

| 24. A. DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06032021 | 06032021 | 11 | | 97110 | GP | A | 70 00 | 1 | | NPI | 1487135281 |
| 2 | 06032021 | 06032021 | 11 | | 97112 | GP | A | 100 00 | 1 | | NPI | 1487135281 |
| 3 | 06032021 | 06032021 | 11 | | 97530 | GP | A | 160 00 | 2 | | NPI | 1487135281 |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

**28. TOTAL CHARGE** $ 330 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Stolakovich, Jeremy
06/10/2021
SIGNED  DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
SSO Antioch
5380 Hickory Hollow Pkwy Suite 201
Antioch TN 37013-3117
b.

**33. BILLING PROVIDER INFO & PH #**
Seven Springs Orthopaedics PC
6301 Virginia Way Suite 155
Brentwood TN 37027-7542
a. 1194210005 b.

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB 0938-1197 FORM 1500 (02-12)

WCMS 1500CS-12

HEALTH INSURANCE CLAIM FORM

PICA | | |

| MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | (ID#) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Cruz Romo Angelica**

3. PATIENT'S BIRTH DATE: 03 05 1989  SEX: F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
**1712 Birdsong Chase**

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY: **Antioch**   STATE: **TN**

8. RESERVED FOR NUCC USE

ZIP CODE: **37013-1176**   TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  ☐ YES ☒ NO

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  ☐ YES ☒ NO   PLACE (State)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  ☐ YES ☒ NO

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature On File**   DATE **06/10/21**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  QUAL.

15. OTHER DATE  MM DD YY  QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM ___ TO ___

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN  **Backues PA Michael TN**
17a. 
17b. NPI **1114900131**

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM ___ TO ___

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)  ICD Ind.
A. **S39012D**  B. **M545**  C. **M546**  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER  **48103**

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 06082021 06082021 | 11 | 97530 GP | A | 80 00 | 1 | | NPI | 1487135281 |
| 2 | | | | | | | | NPI | |
| 3 | | | | | | | | NPI | |
| 4 | | | | | | | | NPI | |
| 5 | | | | | | | | NPI | |
| 6 | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☐

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?  ☐ YES ☐ NO

28. TOTAL CHARGE  $ **80 00**

29. AMOUNT PAID  $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**Stojetovich, Jeremy**
**06/10/2021**
SIGNED   DATE

32. SERVICE FACILITY LOCATION INFORMATION
**SSO Antioch**
**5380 Hickory Hollow Pkwy Suite 201**
**Antioch TN 37013-3117**

33. BILLING PROVIDER INFO & PH #  ( )
**Seven Springs Orthopedics Pc**
**5301 Virginia Way Suite 155**
**Brentwood TN 37027-7542**

a. **1194210005** b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE

WCMS-1500CS-12

APPROVED OMB-0938-1197 FORM 1500 (02-12)

EFILED 12/06/21 10:34 AM CASE NO. 21-2137 Richard R. Rooker, Clerk

# IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE
## AT NASHVILLE

ANGELICA CRUZ-ROMO and )
ROGELIO GARCIA )
       )
      **Plaintiffs,** )
       )
**v.** )          Docket No:_____
       )
PUBLIX SUPER MARKETS INC a/d/b/a )
PUBLIX ASSET MANAGEMENT )
COMPANY, and PUBLIX TENNESSEE )
LLC. )
       )
      **Defendant.** )

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO THE DEFENDANT PUBLIX ASSET MANAGEMNT COMPANY

I hereby serve upon the Defendant, Publix Asset Management Company( Hereinafter "Publix AMC")  the following written Interrogatories and Request for Production of Documents under the provisions of Rule 33 and 34 of the Tennessee Rules of Civil Procedure.

You are required to answer these interrogatories separately and fully in writing under oath and to serve a copy of your answers on the undersigned attorney within thirty days (30) days after service hereof.

These interrogatories shall be continuing in nature until the date of trial, and you are required to serve supplemental answers as additional information may become available to you as required by Rule 26.05 of the Tennessee Rules of Civil Procedure.

## DEFINITIONS AND INSTRUCTIONS

As used in these Interrogatories and Request for Production of Documents served herewith, the following definitions and instructions shall apply:

(1)     As used herein, the terms "you," "your," or "yourself" refer to the defendant, and each agent, representative, attorney, or other person acting or purporting to act for said defendant.

(2)     As used herein, the term "person" means any natural individual in any capacity whatsoever or any entity or organization, including divisions, departments, and other units therein, and shall include, but not be limited to, a public or private corporation, partnership, joint venture, voluntary or unincorporated associated organization, proprietorship, trust, estate, governmental agency, commission, bureau, or department.

(3)     As used herein, the term "identification," "identify," or "identity" when used in reference to (a) a natural individual, requires you to state his or her full name and residential and business address, and his or her present or last known residence and business telephone numbers; (b) a corporation, requires you to state its full corporate name and any names under which it does business, its state of incorporation, the address of its principal place of business, and the name and address of its registered agent for service of process within the State of Tennessee; or (c) a business, requires you to state the full name under which the business is conducted, its business address, the types of businesses in which it is engaged, and the identity of the person, or persons, who own, operate, and control the business.

(4)     As used herein, the term "communication" means any oral or written utterance, notation, or statement of any nature whatsoever, by and to whomsoever made, including, but not limited to, correspondence, conversations, dialogues, discussions, interviews, consultations, agreements, and other understandings between or among two or more persons, by any means or made of conveying information, including but not limited to telephone, television, or telegraph.

(5)     As used herein, the term "document" means any medium upon which information can be recorded or retrieved, and includes, without limitation, the original and each copy, regardless of origin and location, of any book, pamphlet, periodical,

2

letter, memorandum, invoice, bill, order form, receipt, financial statement, accounting entry, diary, calendar, telex, fax, telegram, cable, report, record, contract, agreement, study, handwritten note, draft, working paper, chart, paper, print, laboratory record, drawing, sketch, graph, index, list, tape, photograph, microfilm, data sheet, or any other written, recorded, transcribed, punched, taped, filmed, or graphic matter, however produced or reproduced, which is in your possession, custody, or control, or which was, but is no longer, in your possession, custody, or control.

(6)     As used herein, the word "or" appearing in an interrogatory should not be read so as to eliminate any part of the interrogatory, but, whenever applicable, it should have the same meaning as the word "and".

(7)     With regard to the terms defined herein, all terms used in the singular shall include the plural, and all terms used in the plural shall include the singular.

(8)     If any privilege is claimed with respect to any document or communication, identify the document or communication and state the privilege claimed and the basis therefore.

## INTERROGATORIES

1.     For the person or persons answering these Interrogatories, please state

your full name, age and date of birth, current address and any prior addresses at which

you have lived during the past ten years.  For each prior address, state the duration you

lived there and why you moved.  If more than one person participated in answering these

Interrogatories, please state which Interrogatories each person answered.

**RESPONSE:**



2.     For each person or persons answering these Interrogatories, please state

your position of employment and your relationship to the Defendant.

3

**RESPONSE:**

3.      Identify each person with whom you consulted, upon whom you relied, or who otherwise constituted a source of information for you in connection with the preparation of your answers to these Interrogatories, listing with respect to each such person the number(s) of the interrogatories to which such person was consulted, was relied upon, or otherwise constituted a source of information.

**RESPONSE:**

4.      State when accident or injuries which are the subject of this Complaint first came to the attention of Defendant Publix AMC or any representatives, of Publix AMC, by whom it was reported, and to whom it was reported. Please state whether any incident report, report of injury, insurance claim report, or accident report(s) was filled out, and provide a copy of said report(s).

**RESPONSE:**

5.      State whether or not any statement, interview, or report has been secured from the Plaintiff, and or any agent, employee, and/ as servant of Publix AMC; in

4

connection with this matter, by the Defendant and/ or any agent of the Defendant, including insurance companies. If so, please identify the date, place, and time the statement, interview, or report was taken; the name and address of the persons giving the statement, report or interview; the name of the persons(s) taking the report, statement and/ or interview along with the interviewers address; whether the statement was oral, written, taped, recorded, or transcribed; whether the statement, report and/ or interview was signed; and upon whose behalf the statement, interview, or report was taken or made. Please attach a copy of any recorded or written statement taken from the Plaintiff as an additional Request for Production of Document to Defendant Publix AMC. If no recorded or written statement was kept, please provide a detailed description of all information provided to you by and/ or any agent(s), employee(s) and or servant(s) by the Plaintiff and/ or connected in any way to the event causing injury to the Plaintiff, Angelica Cruz-Romo, on January 30, 2021.

**RESPONSE:**

6. Identify by name, address, telephone number, and relationship to any party in this lawsuit all persons believed by you to have knowledge of any discoverable evidence or information relating to either the alleged accident itself or to either the Plaintiff's or your claims for damages in this lawsuit. As part of your response, for each witness so identified briefly describe what discoverable evidence or information said witness is believed to know.

5

**RESPONSE:**

7.     Identify all persons who the Defendant believes to be in possession of, or to have knowledge of, any map, picture, photograph, drawing, or other document relevant to any issue or fact concerning the incident, including the Plaintiff's injuries or any claim that the Plaintiff or some other entity was at fault for said injuries. In identifying said persons, specify name, address, telephone number, and relationship to any party.

**RESPONSE:**

8.     Describe in detail every other accident or injury which has occurred on the common areas of the premises of the Defendant, during any time when said premises have been under the possession or control of the Defendant within the last ten years. Include the date, time, the nature of any alleged injuries, the alleged cause of said injuries, whether any claim or Complaint was filed or reported against Publix AMC, and if so, the disposition of said claim or Complaint.

**RESPONSE:**

9.     Please state the names and addresses of every person known by Defendant Publix AMC, Defendant's representatives, agents, employee(s) and/ or Servants or Defendants attorneys to have witnessed the accident which is the subject of this Complaint, or who were present at the scene within sixty minutes before or after the accident. Designate the witnesses name along with their respective address who which of

6

such people claim to have witnessed the accident and please provide a synopsis and/ or summary of any statement, interview, and/ or report given or taken from any of these witnesses to the accident. As an additional request for Request for Production of Document to Defendant Publix AMC, please attach a copy of any recorded and/ or written statement taken from any and all witnesses to this accident which is the subject of the pending complain in this matter.

**RESPONSE**

10. List each of the following:

(a) The names and addresses of those persons who have given to you, your attorney, or any person, firm or corporation acting on your behalf, any statements, accident reports, interview, voice recordings, video recordings, tape recording, digital recordings, medical proof of claim forms, reports, or memoranda in any way concerning the incident described in the complaint which is pending in this matter.

(b) The name, telephone number, and address of the person, firm or corporation who now has possession of same.

**RESPONSE:**

7

11.    For each person whom you expect to call as an expert witness at trial, whether the witness is a retained expert or non-retained expert, please state the following:

    (a)    The expert's full name, business address and telephone number;

    (b)    The expert's occupation;

    (c)    The subject matter on which the expert is expected to testify and the expert's hourly deposition fee;

    (d)    The substance of the facts and opinions to which the expert is expected to testify, including a summary of the grounds for each opinion; and

    (e)    The expert's qualifications to give an opinion (if such information is available on the expert's curriculum vitae, you may attach a copy thereof in lieu of answering this interrogatory subpart).

**RESPONSE:**

12.    List the names, addresses, phone numbers, training of any persons, and resume and/ or curriculum vitae  trained in analyzing, inspecting, investigating, observing, or making calculations based upon accident sites or related factors who have inspected, observed, or otherwise been in contact with the premises upon which the accident which is the subject of this Complaint occurred.  Please also give the dates on which such persons observed and/ or review the accident site premises, what physical evidence was observed, what measurements were made, what opinions were formed, and

8

what tests were performed. In the event that a report, memorandum, and/ or any document has been created as result of such observation and/ or review, as an additional Request for Production of Document to Defendant Publix AMC, please attach a copy of said memorandum, report and/ or other document.

**RESPONSE:**

13. With regard to the incident, injuries or accident alleged in the Complaint, state in detail, and in your own words, your understanding of how the Plaintiff's accident and injuries occurred. Your response must include the following:

(a) Where on the premises the Plaintiff was at the time of the accident;

(b) What caused the accident to occur;

(c) Who you believe to be the at fault party;

(d) Who was present when Plaintiff was injured;

(e) Who was notified of the Plaintiff's injury;

(f) What kind of injuries Plaintiff suffered as a result of the accident, and whether Plaintiff received medical treatment for said injuries.

**RESPONSE:**

14. Describe in detail any conversation or discussion Defendant, Publix AMC or any agent, employee and/ or servant of Defendant, Publix AMC may have had with the Plaintiff, witnesses, or other persons having any information whatsoever regarding the incident which is the subject of this Complaint or the Plaintiff's injuries. Your

9

response must include the names of all parties to the conversation, if known, as well as a recitation of what was said, and the date upon which the conversation took place.

**RESPONSE:**

15.　　Have you, or any person acting on your behalf, obtained any letter, note, correspondence, computer report, official record, or other document or record relating to the medical condition of the Plaintiff or any prior accidents or injuries which may have involved the Plaintiff? If so, identify such document or record.

**RESPONSE:**

16.　　Have you or anyone working on your behalf, or on behalf of any representative of yours, made any attempt to survey, observe, photograph, and/or record, by any means, the Plaintiff to this action? If so, describe the result of the attempts, the dates of these attempts, and the identity of all individuals making such attempts. Please provide complete copies of all documents, exhibits, photographs, movies, videotapes, maps, recordings, charts, drawings, diagrams, and/or computer-generated renderings, that

10

depict the Plaintiff, made by the individuals identified in response to this Interrogatory. Please note that this Interrogatory is continuing in nature and must be supplemented promptly if any attempt is made before trial to survey, observe, photograph, and/or record the Plaintiff by any means.

**RESPONSE:**

17. Please state the name and address of any potential party to this lawsuit, not already named as a party hereto.

**RESPONSE:**

18. Is it your contention that any negligence or fault on the part of the Plaintiff caused or contributed to the accident or injuries which are the subject of this Complaint? If so, identify and describe in detail every fact or belief which supports your contention.

**RESPONSE:**

11

19.     Is it your contention that any negligence or fault on the part of any person or entity not already a party to this action caused or contributed to the accident or injuries which are the subject of this Complaint? If so, identify and describe in detail every fact or belief which supports your contention.

**RESPONSE:**

20.     Is it your contention that Plaintiff's accident or injuries were related to or caused by a hazard on Defendant Publix AMC premises and/ or on the premises of any other Defendant or person not named as a Defendant in this lawsuit. If so, please state the premises owner and/ or person or entity in control of the premises where this accident occurred which is the subject of this complaint. In addition, do you contend that the hazard causing injury to the Plaintiff was open and obvious? which was open or obvious? If so, identify and describe in detail every fact which supports your contention, and state how long the open and obvious hazard or condition had existed on Defendant's premises. If your reply is that Defendant does not know how long the open and obvious hazard existed on the premises, explain in detail why Defendant does not know how long the hazard existed on the premises.

**RESPONSE:**

12

21.    Is it your contention that Plaintiff Angelica Cruz-Romo's injuries and/or medical treatment is not causally related to this incident on the Defendant's premises? If so, identify and describe in detail every fact or belief which supports your contention.

**RESPONSE:**

22.    Please provide the name, home address, telephone number, and current employer (if known) of all persons working in the capacity of a security guard on the Defendant's premises at the time of the incident alleged in the Complaint.

**RESPONSE:**

23. Please provide any tape, video, audio, and/ or digital recording that could in any way depict the event(s) given rise to the subject of the complaint in this matter as and additional Request for Production of Documents.

13

# OATH

**STATE OF TENNESSEE**
**COUNTY OF** _____

_____, being first duly sworn, hereby makes oath and avers that he/she attests the foregoing responses to the Interrogatories and Request for Production of Documents on behalf of Publix Asset Management Company in his/her capacity as _____, participated in the preparation of same, and that all of the statements made contained therein are true and complete to the best of his/her knowledge, information and belief.

_____
[Defendant]

_____
Title

Sworn to and subscribed before me on this the _____ day of _____, 20____.

_____
NOTARY PUBLIC

My Commission Expires:

14

Respectfully submitted,

MICHAEL K PARSLEY, BPR # 023817
Michael D. Ponce & Associates
Attorneys for Plaintiff
400 Professional Park Drive
Goodlettsville, TN 37072
Telephone: (615) 851-1776

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email, facsimile, hand delivery, and or U.S. First Class Mail, postage prepaid, addressed as follows:

This 6th day of December, 2021.

MICHAEL K PARSLEY, BPR # 023817

19

## PLAINTIFFS' FIRST REQUEST FOR
## PRODUCTION OF DOCUMENTS TO DEFENDANT

Plaintiff requests that the Defendant produce the following documents pursuant to Rules 26 and 34 of the Tennessee Rules of Civil Procedure.

1.     Please produce all documents referred to, identified, or used in answering the Interrogatories set forth above.

**RESPONSE:**

2.     Please produce copies of any and all photographs, diagrams, maps, movies, or videos in your possession that depict the area of the premises in which the Plaintiff Angelica Cruz-Romo claims to have been hit.  State when, where, why, and by whom said materials were taken or drawn.

**RESPONSE:**

3.     Please produce all documents and exhibits, photographs, movies, video tapes, charts, recordings, or maps on which you are relying to answer the above Interrogatories and Request for Production of Documents, and/or which you plan to present, even if only as demonstrative evidence, at the trial of this matter.

15

**RESPONSE:**

4.     Please produce all documents, exhibits, photographs, movies, videotapes, surveillance tapes, maps, recordings, charts, drawings, diagrams, and/or computer-generated renderings in your possession that depict the Plaintiff either before or after the accident that is described in the Complaint.

**RESPONSE:**

6.     If you intend to call an expert witness (witnesses) to testify in this case, please produce the following with respect to each such witness:

(a)     A current and complete resume or curriculum vitae for the witness;

(b)     A list of all cases the witness has testified in by way of oral deposition or trial testimony, including the name(s) of the attorney(s) who called the witness, during the five (5) year period immediately preceding your response;

16

(c)     Produce a list of all compensation received by the witness, including Internal Revenue Service 1099 Forms for all compensation received by the witness, for providing inspections, consulting, reports, depositions, and trial testimony for all defendants, defense law firms, and/or automobile liability insurance companies during the ten (10) year period immediately preceding your response.

(d)     Produce a list of all compensation received by the witness, including Internal Revenue Service 1099 Forms for all compensation received by the witness, for providing inspections, consulting, reports, depositions, and trial testimony for all plaintiffs and/or plaintiffs law firms during the ten (10) year period immediately preceding your response.

(e)     All raw facts, information, and/or data, including all notes, tests, photographs, videotapes, audio tapes, results, measurements, computer information, data or computer disks or hard drives, or any other information which in any way was relied upon by the witness in preparation of his/her report, analysis, reconstruction, or in the formulation and preparation of the opinions and conclusions contained therein, or which form the basis of his/her opinion(s) which you intend to offer at the trial of this case;

(f)     Copies of any and all literature, journal articles, treatises, technical papers or any other written and/or computer generated material or information of any type relied upon in any way in the preparation of the witness' report,

17

analysis, reconstruction, or which form the basis of his/her opinion(s) which you intend to offer at the trial of this case.

**RESPONSE:**

Respectfully submitted,

MICHAEL K. PARSLEY, BPR # 023817
Michael D. Ponce & Associates
Attorneys for Plaintiff
400 Professional Park Drive
Goodlettsville, TN 37072
Telephone: (615) 851-1776

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email, facsimile, hand delivery, and or U.S. First Class Mail, postage prepaid, addressed as follows:

This 6th day of December 2021.

MICHAEL K PARSLEY, BPR # 023817

19

DEC 1 3 2021