UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGELICA CRUZ-ROMO and ROGELIO GARCIA, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | NO. 3:22-cv-00012 ) ) |
| PUBLIX SUPER MARKETS, INC., PUBLIX ASSET MANAGEMENT COMPANY, and PUBLIX TENNESSEE, LLC, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 15). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE